UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JUANITA HARRIS,<br>      Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI,<br>*Acting Commissioner of Social Security,*<br>      Defendant. | **JUDGMENT**<br><br>Case No. 5:22-CV-236-KS |

## Decision by Court.

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Plaintiff's Motion for Judgment on the Pleadings [DE-17] and the Defendant's Consent Motion to Remand [DE-21].

IT IS ORDERED, ADJUDGED AND DECREED the court grants the Defendant's Consent Motion to Remand and the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C § 405(g) and remands the case to the Commissioner for further proceedings.

This judgment filed and entered on **February 7, 2023,** with electronic service upon:

**Charlotte Williams Hall-** *Counsel for Plaintiff*
**Samantha Zeller-** *Counsel for Defendant*

                                    **PETER A. MOORE, JR.,**
                                    CLERK, U.S. DISTRICT COURT

DATE: February 7, 2023           /s/ *Shelia Foell*
                                    (By): Shelia Foell, Deputy Clerk of Court